UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RICHARD LEACH,

    Plaintiff,

v.                              Case No. 8:03-cv-1566-T-23TGW

SARASOTA COUNTY COMMISSION, et al.,

    Defendants.
_____/

## ORDER

Leach seeks leave to proceed on appeal in forma pauperis. A ruling on the motion (Doc. 69) is DEFERRED until Leach submits the attached "Appellate Prisoner Consent Form and Financial Certificate," which the clerk shall send to Leach.

Leach shall file a fully completed* "Appellate Prisoner Consent Form and Financial Certificate" within **THIRTY (30) DAYS**. If he fails to timely comply with this order, the court may deny Leach leave to proceed on appeal in forma pauperis.

ORDERED in Tampa, Florida, on _____June 8th_____, 2007.

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

---

* Leach does not need to submit a new six-month financial certificate; the financial certificate attached to his affidavit of indigency (Doc. 70) is adequate, but Leach must complete the attached "Appellate Prisoner Consent Form and Financial Certificate."

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

_____
    PLAINTIFF

v.                                    Case No. _____

_____
    DEFENDANT

## APPELLATE PRISONER CONSENT FORM
## AND FINANCIAL CERTIFICATE

I, _____, Plaintiff in the above-entitled action, understand that:

1. If I submit an appeal from the denial of a **civil complaint** (for example, a civil rights action under 42 U.S.C. § 1983 or 28 U.S.C. § 1331), pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), **I must pay the $455.00 filing fee in full.** This means that, regardless of the disposition of my appeal (which may include dismissal), I AM STILL OBLIGATED TO PAY THE ENTIRE $455.00 FILING FEE; and

2. I must request that an authorized official at my present place of confinement complete the Financial Certificate below and attach a computer printout of all transactions in my prison account for the six month period preceding the filing of my notice of appeal. If I have not been incarcerated at this institution for six months, I must also obtain account printout(s) **from each penal facility** at which I may have been confined during the relevant six month period and provide the printout(s) to the authorized official completing my Financial Certificate. If I fail to provide printouts for the entire six month period or do not satisfactorily explain my failure to comply, my motion to proceed in forma pauperis may be denied and/or my appeal may be **dismissed without further notice;** and

3. The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to forward to the court an initial partial filing fee, which shall be 20% of my average monthly balance (line #2 of the Financial Certificate, below) or the average monthly deposits to my account (line #3 of the Financial Certificate, below), whichever is greater; and

4. The officials at the institution at which I am presently confined or any

institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the required $455.00 filing fee is paid. These additional monthly payments will be equal to 20% of all of the preceding month's deposits to my account. Institution officials shall submit these monthly payments directly to the court whenever the funds in my account exceed $10.00 until the full filing fee is paid.

_____        _____
Signature of Prisoner                                Date


_____        _____
Prisoner's Name (print)                              Prisoner Number

*************************************************************************

## FINANCIAL CERTIFICATE

(To Be Completed by Authorized Penal Official)

COMPUTER PRINTOUT(S) REFLECTING ALL TRANSACTIONS IN THE
INMATE'S PRISON ACCOUNT(S) FOR THE PRECEDING SIX MONTHS **MUST** BE ATTACHED


1.   CURRENT ACCOUNT BALANCE                                    _____

2.   AVERAGE MONTHLY BALANCE FOR PRECEDING SIX MONTHS           _____

3.   AVERAGE MONTHLY DEPOSITS FOR PRECEDING SIX MONTHS          _____

4.   INITIAL FILING FEE: 20% of the greater of #2 or #3         _____
     (Subject to verification by the Court.)


\*   The inmate is responsible for obtaining the required printout(s) from each institution at which the inmate may have been confined during the preceding six months and to provide them to the official completing this form.
    If printouts or the above calculations do not represent the preceding six month period in its entirety, the official completing this form should explain here:




       I hereby certify that, as of this date, the above information for the prison account of the inmate named herein is correct.



_____        _____
Signature of Authorized Official                     Date